DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GREGORY RYAN BERG,**
Appellant,

v.

**DEPARTMENT OF REVENUE, CHILD SUPPORT ENFORCEMENT** and
**ANGELA MOSCO,**
Appellees.

No. 4D21-527

[April 21, 2021]

Appeal from the State of Florida, Department of Revenue; L.T. Case No. 20-01489767, DOAH Case No. 20-005102-CS and Depository No. 06550023918 AO.

Gregory R. Berg, Tamarac, pro se.

Ashley Moody, Attorney General, Tallahassee, and Douglas D. Sunshine, Assistant Attorney General, West Palm Beach, for appellees.

PER CURIAM.

*Affirmed.* Fla. R. App. P. 9.315(a).

LEVINE, C.J., GROSS and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***